**Order entered November 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01085-CR
### No. 05-19-01086-CR

## EDUARDO GUADALUPE GONZALEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 382nd Judicial District Court
### Rockwall County, Texas
### Trial Court Cause Nos. 2-19-0187 and 2-19-0188

## ORDER

Before the Court is the November 21, 2019 motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Sharita Blacknall and to list Niles Illich as counsel of record for appellant. All future correspondence should be sent to Niles Illich, Scott H. Palmer, P.C., 15455 Dallas Parkway, Suite 540, Addison, Texas 75001.

Also before the Court is appellant's November 21, 2019 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before December 27, 2019.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE